**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
Phillip Kim (*pro hac vice*)
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com
pkim@rosenlegal.com

*Counsel for Lead Plaintiffs
and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RODNEY OMANOFF AND NEIL VANLEEUWEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>    vs.<br><br>PATRIZIO & ZHAO LLC; P&K CPAs LLC; XINGGENG (JOHN) ZHAO; AND JOHN G. PATRIZIO,<br><br>    Defendants. | Case No.: 14-cv-00723-MCA-LDW |

## NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION

PLEASE TAKE NOTICE that on January 25, 2016 at 11:00 a.m., Lead Plaintiffs Neil Vanleeuwen and Rodney Omanoff shall move before the Honorable Madeline Cox Arleo, U.S.D.J., at the Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for Final Approval of Settlement and Plan of Allocation.

PLEASE TAKE NOTICE that in support of their motion, Lead Plaintiffs will rely upon the supporting Memorandum of Law and declarations, well as all prior proceedings held in this action, and other such matters and arguments as the Court may consider in the hearing of this Motion.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Federal Rules of Civil Procedure, a proposed Order is attached to the Motion.

Dated: December 21, 2015                 Respectfully submitted,

                                         **THE ROSEN LAW FIRM, P.A.**

                                         /s/ *Laurence M. Rosen*
                                         Laurence M. Rosen, Esq.
                                         Phillip Kim, Esq. (*pro hac vice*)
                                         609 W. South Orange Avenue, Suite 2P
                                         South Orange, NJ 07079
                                         Telephone: (973) 313-1887
                                         Fax: (973) 833-0399
                                         lrosen@rosenlegal.com
                                         pkim@rosenlegal.com

                                         *Counsel for Lead Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this on the 21st day of December, 2015, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/*Laurence M. Rosen*