**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
Phillip Kim (*pro hac vice*)
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com
pkim@rosenlegal.com

*Counsel for Lead Plaintiffs
and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RODNEY OMANOFF AND NEIL VANLEEUWEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>PATRIZIO & ZHAO LLC; P&K CPAs LLC; XINGGENG (JOHN) ZHAO; AND JOHN G. PATRIZIO,<br><br>Defendants. | Case No.: 14-cv-00723-MCA-LDW |

## [PROPOSED] ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO LEAD PLAINTIFFS

1

WHEREAS, the Court has granted final approval to the Settlement of the above-referenced class action;

WHEREAS, Lead Plaintiffs' Counsel, The Rosen Law Firm, P.A., appointed by the Court as lead counsel for the purposes of the Settlement and have petitioned the Court for the award of attorneys' fees in compensation for the services provided to Lead Plaintiffs and the Class along with reimbursement of expenses incurred in connection with the prosecution of this action, and an award to each of the Lead Plaintiffs, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation and Agreement of Settlement filed dated August 21, 2015 (Dkt. #51)(the "Stipulation"); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith, and has heard the presentation made by Lead Plaintiffs' Counsel during the final approval hearing on the 25th day of January, 2016, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1. The Rosen Law Firm P.A. is awarded one-third of the Gross Settlement Fund or $283,333.33 as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned

by the balance of the fund, from the date of the establishment of the fund to the date of payment.

2. Lead Plaintiffs' Counsel shall be reimbursed out of the Gross Settlement Fund in the amount of $4,062.98 for its expenses and costs.

3. Lead Plaintiff Neil Vanleeuwen shall be awarded $1,000 and Lead Plaintiff Rodney Omanoff shall be awarded $4,000 for reimbursement for their lost time in connection with his prosecution of this action.

4. Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and award to Lead Plaintiffs shall be paid in the manner and procedure provided for in the Stipulation.

Dated: Jan 25, 2016            SO ORDERED:

                                _____
                                HON. MADELINE COX ARLEO
                                UNITED STATES DISTRICT JUDGE

3