**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
Phillip Kim (*pro hac vice*)
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com
pkim@rosenlegal.com

*Counsel for Lead Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RODNEY OMANOFF AND NEIL VANLEEUWEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>PATRIZIO & ZHAO LLC; P&K CPAs LLC; XINGGENG (JOHN) ZHAO; AND JOHN G. PATRIZIO,<br><br>Defendants. | Case No.: 14-cv-00723-MCA-LDW |

**NOTICE OF MOTION FOR APPROVAL OF DISTRIBUTION OF CLASS SETTLEMENT FUNDS**

PLEASE TAKE NOTICE that on a date to be determined, Lead Plaintiffs Neil Vanleeuwen and Rodney Omanoff (collectively, "Lead Plaintiffs") shall move before the Honorable Madeline Cox Arleo, U.S.D.J., at the Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, to enter an order approving distribution of the Class Settlement Funds in the above-referenced action, pursuant to the terms of the Stipulation and Agreement of Settlement filed on August 21, 2015 (the "Stipulation") (Dkt. No. 51).

PLEASE TAKE NOTICE that in support of their motion, Lead Plaintiffs will rely upon the supporting Memorandum of Law, the Declaration of Laurence M. Rosen, and the Declaration of Josephine Bravata Concerning Administrative Procedures Performed to Process Claims and the Results Thereof with accompanying exhibits.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Federal Rules of Civil Procedure, a proposed Order is attached to the Motion.

Dated: October 26, 2016

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
Phillip Kim, Esq. (*pro hac vice*)
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887

Fax: (973) 833-0399
lrosen@rosenlegal.com
pkim@rosenlegal.com

*Counsel for Lead Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this on the 26th day of October, 2016, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/*Laurence M. Rosen*